**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-20132

FOROUGH FARIZANI, D.O.,

Plaintiff-Appellant,

VERSUS

UNIVERSITY OF TEXAS SYSTEM MEDICAL FOUNDATION, THE
UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON,
and GEORGE O. ZENNER, JR., MEDICAL DOCTOR,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
H-97-CV-2493

March 3, 2000

Before DAVIS, HALL[*] and SMITH, Circuit Judges.

PER CURIAM:[**]

In this Title VII/1981 action alleging that the plaintiff was indefinitely suspended from her family medicine residency program by the defendants because of race and national origin, we conclude that the district court correctly granted summary judgment. This case is almost on all fours with a recent decision of this court, Sreeram v. Louisiana State University Medical Center-Shreveport, 188 F.3d 314 (5th Cir. 1999). Ms. Farizani received approximately two dozen negative evaluations of her performance by physicians she

---

[*]Circuit Judge of the Ninth Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

was assigned to work with. Plaintiff produced no affidavits from physicians with whom she worked during her residence who found that she was qualified to continue in the residency program. Therefore, essentially for the reasons stated by the district court, we conclude that even if Ms. Farizani made out a *prima facie* case of discrimination, she failed to show that the stated reason for her indefinite suspension was pretextual.

AFFIRMED.